1  BREN K. THOMAS, Bar No. 156226
   MATTHEW E. FARMER, Bar No. 190484
2  LITTLER MENDELSON
   A Professional Corporation
3  5200 North Palm Avenue, Suite 302
   Fresno, California 93704.2225
4  Telephone:    559.244.7500
   Facsimile:    559.244.7525
5  bkthomas@littler.com
   mfarmer@littler.com
6
   Attorneys for Defendant
7  EMADCO DISPOSAL SERVICE, INC.

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10
   ROBERT DOWLING, an individual,      Case No.  1:11-CV-00139-LJO-SKO
11 and MICHAEL SMITH, an
   individual, individually, and acting  **STIPULATION AND ORDER TO FILE**
12 on behalf of other aggrieved         **SETTLEMENT AGREEMENT UNDER**
   employees, and for the interests of  **SEAL**
13 the general public,

14                Plaintiffs,

15       v.

16 EMADCO DISPOSAL SERVICE,
   INC., a California Corporation; and
17 DOES 1 through 10, inclusive,

18                Defendant.

19

20         Plaintiffs Robert Dowling and Michael Smith ("Plaintiffs") and Defendant Emadco

21 Disposal Service, Inc. ("Defendant") pursuant to Federal Rules of Civil Procedure, Rule 5.2 and U.S.

22 Eastern District Local Rules, Rule 141, hereby jointly stipulate that the parties have entered into a

23 Confidential Settlement Agreement and request entry of this proposed order to allow filing of the

24 Confidential Settlement Agreement under seal.  The parties jointly stipulate and agree the following

25 facts and matters support the filing of the Confidential Settlement Agreement under seal:

26         1.       Plaintiffs initiated this lawsuit against Defendant alleging, inter alia, violations

27 of the Fair Labor Standards Act ("FLSA").  Additionally, on behalf of themselves and similarly

28 situated employees, Plaintiffs sought various penalties under the California Private Attorneys

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Stipulation and [Proposed] Order to File Settlement
Agreement Under Seal
(No. 1:11-CV-00139-LJO-SKO)

General Act ("PAGA") in regards to alleged wage and hour violations by Defendant. Defendant completely denied any liability and without admitting liability, resolved the claims asserted by Plaintiffs in this lawsuit as memorialized in the Confidential Settlement Agreement.

2.     Pursuant to the FLSA, the Confidential Settlement Agreement must be approved by the Court. *D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108  (1946); *Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697 (1945); *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55  (11th Cir. 1982); *Jarrard v. Southeastern Shipbuilding Corp.*, 163 F.2d 960, 961  (5th Cir. 1947).

3.     Additionally, pursuant to the PAGA, the Confidential Settlement Agreement must be approved by the Court.  Cal. Lab. Code, § 2699(*l*).

4.     Assuring confidentiality in settlement was a key and material term of the parties' Confidential Settlement Agreement.  None of the parties would have agreed to this early settlement in this case without agreed to protections of confidentiality.

5.     Individuals have a protectable privacy interest in their financial affairs. *Cobb v. Superior Court,* 99 Cal.App.3d 543, 550 (1979).  Corporations, such as Defendant, even enjoy privacy rights in regards to financial and employment information as were both at issue in this case. *Ameri-Medical Corp. v. WCAB,* 42 Cal.App.4th 1260, 1286-1289 (1996).  Such privacy interests readily attach to confidential settlement agreements, like the one submitted to the Court in this case. *Hinshaw, Winkler, Draa, Marsh & Still v. Superior Court*, 51 Cal.App.4th 233, 241 (1996).

///
///
///
///
///
///
///
///
///
///

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

Stipulation and [Proposed] Order to File Settlement
Agreement Under Seal
(No.  1:11-CV-00139-LJO-SKO

2.

1         6.    Given the authority above, the parties had no choice but to file the

2    Confidential Settlement Agreement with the Court for approval.  The parties stipulate and agree that

3    despite that required filing, the confidentiality of the settlement must be maintained.

4                **IT IS HEREBY STIPULATED AND AGREED.**

5    Dated:  May 16, 2011                  MORTIMER & SCHWIN

6

7                                  /s/_____
                                   Kevin Schwin
                                   Attorneys for Plaintiffs,

8                                  Robert Dowling and Michael Smith

9

10   Dated:  May 16, 2011                  LITTLER MENDELSON

11

12                                 /s/_____
                                   Matthew E. Farmer

13                                 Attorneys for Defendant
                                   Emadco Disposal Service, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

Stipulation and [Proposed] Order to File Settlement
Agreement Under Seal         3.
(No.  1:11-CV-00139-LJO-SKO

1

**ORDER**

2

3          The Court, having read and considered the above stipulation and agreement of the

4  parties, hereby finds good cause exists to order the Confidential Settlement Agreement sealed.  The

5  Court hereby orders the Confidential Settlement Agreement shall be filed under seal with the Court.

6

7

8  IT IS SO ORDERED.

9      Dated:   __May 17, 2011__                    _____ **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA  93704-2225
559.244.7500

Stipulation and [Proposed] Order to File Settlement
Agreement Under Seal                                    4.
(No.  1:11-CV-00139-LJO-SKO